IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
FILED
UNITED STATES DISTRICT COURT
       DENVER, COLO.

  JUN 16 2006

GREGORY C. LANGHAM
                CLERK
```

Civil Action No. **06-CV-01154-BNB**

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

JOHN GARCIA, and
EARL CROWNHART, Witness of Plaintiff,

    Plaintiffs,

v.

SRGT. [sic] ROBINSON,
SRGT. [sic] DOUGHERTY,
C/O LOPEZ,
C/O LANE,
C/O VIGEL,
GRACE,
KATHIE, and
KAY,

    Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
### DIRECTING PLAINTIFFS TO CURE DEFICIENCY

---

Plaintiffs John Garcia and Earl Crownhart, who identifies himself as a witness for John Garcia, have submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. The Plaintiffs will be directed to cure the following if they wish to pursue their claims. Any papers which the Plaintiffs file in response to this order must include the civil action

number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)  XX  is not submitted separately and signed separately **by each Plaintiff**
(2)  __  is missing affidavit
(3)  XX  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing submitted **by each Plaintiff**
(4)  __  is missing required financial information
(5)  __  is missing an original signature by the prisoner
(6)  __  is not on proper form (must use the court's current form)
(7)  __  names in caption do not match names in caption of complaint, petition or habeas application
(8)  __  An original and a copy have not been received by the court. Only an original has been received.
(9)  __  other_____

**Complaint, Petition or Application:**
(10) __  is not submitted
(11) __  is not on proper form (must use the court's current form)
(12) __  is missing an original signature by the prisoner
(13) __  is missing page nos. ___
(14) __  uses et al. instead of listing all parties in caption
(15) __  An original and a copy have not been received by the court. Only an original has been received.
(16) __  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) XX  names in caption do not match names in text
(18) XX  other Earl Crownhart signs as witness for John Garcia

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiffs cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiffs

file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail **to each Plaintiff**, together

with a copy of this order, two copies of both the Prisoner Complaint form and of the

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915

2

form. It is

FURTHER ORDERED that, if the Plaintiffs fail to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 16th day of June, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06-CV-01154**-BNB

John Garcia
Reg. No. 20025
Mesa County Det. Facility
P.O. Box 20,000
Grand Junction, CO 81502

Earl Crownhart
Reg. No. 184712
Mesa County Det. Facility
P.O. Box 20,000
Grand Junction, CO 81502

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on 6/16/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk