IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

JUN 16 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-CV-01154-BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JOHN GARCIA, and
EARL CROWNHART, Witness of Plaintiff,

    Plaintiffs,

v.

SRGT. [sic] ROBINSON,
SRGT. [sic] DOUGHERTY,
C/O LOPEZ,
C/O LANE,
C/O VIGEL,
GRACE,
KATHIE, and
KAY,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFFS TO CURE DEFICIENCY

Plaintiffs John Garcia and Earl Crownhart, who identifies himself as a witness for John Garcia, have submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. The Plaintiffs will be directed to cure the following if they wish to pursue their claims. Any papers which the Plaintiffs file in response to this order must include the civil action

number on this order.

### 28 U.S.C. § 1915 Motion and Affidavit:
(1)   XX   is not submitted separately and signed separately **by each Plaintiff**
(2)   ___   is missing affidavit
(3)   XX   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing submitted **by each Plaintiff**
(4)   ___   is missing required financial information
(5)   ___   is missing an original signature by the prisoner
(6)   ___   is not on proper form (must use the court's current form)
(7)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(8)   ___   An original and a copy have not been received by the court. Only an original has been received.
(9)   ___   other_____

### Complaint, Petition or Application:
(10)   ___   is not submitted
(11)   ___   is not on proper form (must use the court's current form)
(12)   ___   is missing an original signature by the prisoner
(13)   ___   is missing page nos. ___
(14)   ___   uses et al. instead of listing all parties in caption
(15)   ___   An original and a copy have not been received by the court. Only an original has been received.
(16)   ___   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)   XX   names in caption do not match names in text
(18)   XX   other Earl Crownhart signs as witness for John Garcia

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail **to each Plaintiff**, together with a copy of this order, two copies of both the Prisoner Complaint form and of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915

form. It is

FURTHER ORDERED that, if the Plaintiffs fail to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 16th day of June, 2006.

BY THE COURT:

*[signature]*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.   **06 - CV - 01154** -BNB

John Garcia
Reg. No. 20025
Mesa County Det. Facility
P.O. Box 20,000
Grand Junction, CO 81502

Earl Crownhart
Reg. No. 184712
Mesa County Det. Facility
P.O. Box 20,000
Grand Junction, CO 81502

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and a Prisoner Complaint** to the above-named individuals on  6/16/06

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk